UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____Mr. Scott Jeffrey Melnick_____

_____

(In the space above enter the full name(s) of the plaintiff(s).)

- against -

_____PPL Corporation_____

_____

_____

_____

_____Scottcode_____

_____

_____

_____

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

**COMPLAINT**

Jury Trial: ☐ Yes  ☑ No

(check one)

I.   **Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name              Mr. Scott Jeffrey Melnick
            Street Address    327 Burell Blvd
            County, City      Lehigh County, Allentown
            State & Zip Code  PA           18104
            Telephone Number  (702) 606-7850

Rev. 10/2009

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name _____ PPL Corporation _____
Street Address _____ 7700 North 9Th Street _____
County, City _____ Lehigh County, Allentown _____
State & Zip Code _____ PA    18101-1179 _____

Defendant No. 2
Name _____ Scottrade _____
Street Address _____ 3032 West Tilghman St. _____
County, City _____ Lehigh County, Allentown _____
State & Zip Code _____ PA    18104 _____

Defendant No. 3
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 4
Name _____
Street Address _____
County, City _____
State & Zip Code _____

II.  **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    ☑ Federal Questions    ☐ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____ Security Fraud, Identity theft _____

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**III.  Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? _3411 Burbridge Place, Allentown, PA 18104_

B.  What date and approximate time did the events giving rise to your claim(s) occur? _03-25-13_

**What happened to you?**

C.  Facts: _From my internet terminal I purchased 90 shares of PPLpU at $53.2199 costing $4,789.79. The shares disappeared, not the market, and I need to sue for due consideration._

**Who did what?**

_I purchased the preferred (security) shares and it lost all consideration of me._

**Was anyone else involved?**

_I have been doing stock trade and analysis with Scottrade.com for a long time._

**Who else saw what happened?**

_When I asked Seth Maulfair, when I asked Jerry Uojt, he said he didn't know whether/if it was my business to ask._

IV. **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _Loss of capital, Loss of time more conspiracy to consider._

V. **Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _I want the "interest" and the money back. I want to sue these responsible for $200,000.00!_

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _14_ day of _May_____, 20_14_.

Signature of Plaintiff _____
Mailing Address ___PO Box 532___
___Trexlertown PA 18087___

Telephone Number ___(702) 606-7850___
Fax Number (if you have one) _____
E-mail Address ___Xemehc a Aol.com___

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____
Inmate Number _____